```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

-------------------------------------
SHAWN R. SELIBER,

        Plaintiff,

v.

ULRIKE MUSCHAWECK,

        Defendant.

-------------------------------------

CIVIL NO. 11-0362WJM

**ORDER OF DISMISSAL**

The Plaintiff having failed to respond to the Court's Notice of call for dismissal,

It is on this 7th day of July 2011

**ORDERED** that the above captioned action is dismissed in accordance with F.R.Civ.P. 41 and New Jersey Local Rule 41.1 and the inherent authority of this Court to manage its docket.

                           s/William J. Martini
                          _____
                           WILLIAM J. MARTINI, U.S.D.J.